NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Arthur I. Willner, SBN 118480
Email: awillner@leaderberkon.com
David Salazar, SBN 310949
Email: dsalazar@leaderberkon.com
Leader & Berkon LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel. 213-234-1750; Fax 213-234-1747

ATTORNEY(S) FOR: Plaintiff, Kevin A. Shaw

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Kevin A. Shaw, Plaintiff(s), v. Kathleen F. Burke, et al Defendant(s) | CASE NUMBER: 2:17-cv-02386-ODW-PLA  CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, Kevin A. Shaw
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kevin A. Shaw | Plaintiff |
| Kathleen F. Burke | Defendant |
| Earic Dixon-Peters | Defendant |
| William A. Marmolejo | Defendant |
| Juan C. Astorga | Defendant |
| Francisco C. Rodriguez | Defendant |
| Scott J. Svonkin | Defendant |
| Sydney K. Kamlager | Defendant |
| Mike Fong | Defendant |
| Mike Eng | Defendant |
| Andra Hoffman | Defendant |
| Ernest H. Moreno | Defendant |
| Nancy Pearlman | Defendant |

March 29, 2017                          /s/ David Salazar
Date                     Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Kevin A. Shaw