1 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
2 | Warren S. Kinsler          State Bar No. 103265
    WKinsler@aalrr.com
3 | Sharon J. Ormond          State Bar No. 195812
    SOrmond@aalrr.com
4 | 12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
5 | Telephone: (562) 653-3200
Fax: (562) 653-3333
6 |
7 | Attorneys for Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager,
8 | Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman
9 |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SHAW, an individual, | Case No. 2:17-cv-02386-ODW-PLA |
| Plaintiff, | Honorable Otis D. Wright, II |
| v. | |
| KATHLEEN F. BURKE, *in her individual and official capacities*; EARIC DIXON-PETERS, *in his individual and official capacities*; WILLIAM A. MARMOLEJO, *in his individual and official capacities*; JUAN C. ASTORGA, *in his individual and official capacities*; FRANCISCO C. RODRIGUEZ, *in his official capacity*; SCOTT J. SVONKIN, *in his official capacity*; SYDNEY K. KAMLAGER, *in his official capacity*; MIKE FONG, *in his official capacity*; MIKE ENG, *in his official capacity*; ANDRA HOFFMAN, *in her official capacity*; ERNEST H. MORENO, *in his official capacity*; NANCY PEARLMAN, *in her official capacity*; and JOHN DOE, *in his individual and official capacities*, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current Response Due: April 24, 2017<br><br>New Response Date: May 24, 2017<br><br>Complaint Filed: March 28, 2017 |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

005205.00099
15670262.1

Plaintiff Kevin Shaw ("Plaintiff"), and Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman ("Defendants"), present the following stipulation extending time for Defendants' response to Plaintiff's Complaint.

## STIPULATION

1.    On March 28, 2017, Plaintiff filed his Complaint in this matter.

2.    On April 3, 2017, Plaintiff served the Complaint on all named Defendants, other than John Doe.

3.    Defendants' response to the Complaint is due on April 24, 2017.

4.    In consideration of Defendants needing more time to analyze the Complaint and prepare a responsive pleading, the parties hereby stipulate to extend the time for Defendants (other than John Doe) to respond to the Complaint by 30 days, through and including May 24, 2017.

5.    This is Defendants' first request for an extension of time to respond to any complaint in this matter.

**IT IS SO STIPULATED.**

Dated: April 21, 2017          LEADER & BERKON LLP


By: /s/ Arthur I. Willner
    Arthur I. Willner
    Attorneys for Plaintiff Kevin Shaw

Dated:  April 21, 2017          ATKINSON, ANDELSON, LOYA, RUUD & ROMO


By: _____
    Sharon J. Ormond
    Attorneys for Defendants Kathleen F. Burke,
    Earic Dixon-Peters, William A. Marmolejo,
    Juan C. Astorga, Francisco C. Rodriguez,
    Scott J. Svonkin, Sydney K. Kamlager, Mike
    Fong, Mike Eng, Andra Hoffman, Ernest H.
    Moreno, and Nancy Pearlman

005205.00099
15670262.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## CERTIFICATE OF SERVICE

Case Name: Kevin Shaw v. Kathleen F. Burke, et al.

Case No.: 2:17-cv-02386-ODW-PLA

On April 21, 2017, I filed the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** electronically through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

The party(ies) listed below are currently on the list to receive e-mail notices for this case.

Arthur I. Willner
awillner@leaderberkon.com
David Salazar
dsalazar@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA  90017
Tel:   (213) 234-1750
Fax:   (213) 234-1747

Marieke T. Beck-Coon
marieke@thefire.org
Brynne S. Madway
brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA  19106
Tel:   (215) 717-3473
Fax:   (215) 717-3440

☑ **BY EMAIL:**   I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 21, 2017, at Irvine, California.

_____
ROXANNE L. KOFFMAN

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

005205.00099
15693546.1

CERTIFICATE OF SERVICE