# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SHAW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN F. BURKE, *in her individual and official capacities*; EARIC DIXON-PETERS, *in his individual and official capacities*; WILLIAM A. MARMOLEJO, *in his individual and official capacities*; JUAN C. ASTORGA, *in his individual and official capacities*; FRANCISCO C. RODRIGUEZ, *in his official capacity*; SCOTT J. SVONKIN, *in his official capacity*; SYDNEY K. KAMLAGER, *in her official capacity*; MIKE FONG, *in his official capacity*; MIKE ENG, *in his official capacity*; ANDRA HOFFMAN, *in her official capacity*; ERNEST H. MORENO, *in his official capacity*; NANCY PEARLMAN, *in her official capacity*; and JOHN DOE, *in his individual and official capacities*,<br><br>Defendants. | Case No. 2:17-cv-02386-ODW-PLA<br><br>Honorable Otis D. Wright, II<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURE REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F)**<br><br>Date:     August 21, 2017<br>Time:    1:30 p.m.<br>Dept.:    Courtroom 5D<br><br>Complaint Filed:   March 28, 2017<br>Motion to Dismiss Filed: May 24, 2017<br>Hearing on Motion to Dismiss:<br>                     August 21, 2017 |

- 1 -
[PROPOSED] ORDER ON STIP. TO EXTEND TIME FOR INITIAL DISCLOSURE REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F)

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

005205.00099
15938836.1

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

The Parties shall confer in accordance Rule 26(f) by the later of September 18, 2017, or within 30 days of the Court's order on Defendants' Motion to Dismiss, and thereafter, within the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their report pursuant Rule 26(f).

Dated: June 13, 2017

*/s/ Otis D. Wright*

Honorable Otis D. Wright, II
United States District Court