ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Warren S. Kinsler          State Bar No. 103265
    WKinsler@aalrr.com
Sharon J. Ormond           State Bar No. 195812
    SOrmond@aalrr.com
S. Brooke Romero           State Bar No. 312448
    BRomero@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SHAW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN F. BURKE, *in her individual and official capacities*; EARIC DIXON-PETERS, *in his individual and official capacities*; WILLIAM A. MARMOLEJO, *in his individual and official capacities*; JUAN C. ASTORGA, *in his individual and official capacities*; FRANCISCO C. RODRIGUEZ, *in his official capacity*; SCOTT J. SVONKIN, *in his official capacity*; SYDNEY K. KAMLAGER, *in his official capacity*; MIKE FONG, *in his official capacity*; MIKE ENG, *in his official capacity*; ANDRA HOFFMAN, *in her official capacity*; ERNEST H. MORENO, *in his official capacity*; NANCY PEARLMAN, *in her official capacity*; and JOHN DOE, *in his individual and official capacities*,<br><br>Defendants. | Case No. 2:17-cv-02386-ODW-PLA<br><br>Honorable Otis D. Wright, II<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    October 16, 2017<br>Time:    1:30 p.m.<br>Dept.:   Courtroom 5D<br><br>Complaint Filed:  March 28, 2017<br>Current Response Due: July 31, 2017 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiff Kevin Shaw ("Plaintiff"), and Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman ("Defendants"), present the following stipulation concerning the hearing date and briefing schedule on Defendants' Motion to Dismiss.

**STIPULATION**

1. On March 28, 2017, Plaintiff filed his Complaint in this matter.

2. On April 3, 2017, Plaintiff served the Complaint on all named Defendants, other than John Doe.

3. In consideration of Defendants needing more time to analyze the Complaint and prepare a responsive pleading, the parties stipulated to extend the time for Defendants (other than John Doe) to respond to the Complaint by 30 days, from April 24, 2017 through and including May 24, 2017.

4. On May 24, 2017, Defendants filed their Motion to Dismiss.

5. Prior to and during the meet and confer on Defendants' Motion to Dismiss, the parties began discussions concerning settlement of Plaintiff's claims. The parties agree this case involves significant constitutional issues, the resolution of which will require time for the careful analysis of proposed revisions to certain policies and/or procedures.

6. Following the filing of Defendants' Motion to Dismiss, the parties have continued their discussions concerning the settlement of the claims. The parties are progressing in their settlement negotiations; however, the progress has been measured due to the need to exchange and thoroughly review and analyze proposals, as well as the need for defense counsel to conduct meetings with administration at both the Los Angeles Community College District and Pierce College levels to

discuss the proposals. Further, these discussions have been taking place during the District's summer break, when the coordination of schedules among administrators to discuss the proposals has been challenging.

7. In consideration of the parties undertaking these settlement efforts, the parties agree that setting a later hearing date on Defendants' Motion to Dismiss will facilitate the settlement process and the mutual goals of the parties to minimize attorneys' fees and promote judicial efficiency.

8. Therefore, the parties have agreed, subject to the Court's approval, to continue the hearing date on Defendants' Motion to Dismiss from Monday, August 21, 2017, at 1:30 p.m., to Monday, October 16, 2017, at 1:30 p.m. Plaintiff's opposing papers shall be served and filed on September 25, 2017, in accordance with Local Rule 7–9, and Defendants' reply papers shall be served and filed on October 2, 2017, in accordance with Local Rule 7–10.

9. This extension is not sought for any improper purpose and will not result in prejudice to either party.

**IT IS SO STIPULATED.**

Dated: July 27, 2017     LEADER & BERKON LLP

By: */s/ Arthur I. Willner*
Arthur I. Willner
Attorneys for Plaintiff Kevin Shaw

Dated: July 27, 2017     ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Sharon J. Ormond*
Sharon J. Ormond
Attorneys for Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman

- 3 -
STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS

005205.00099
16547790.1

# CERTIFICATE OF SERVICE

Case Name: Kevin Shaw v. Kathleen F. Burke, et al.

No.: 2:17-cv-02386-ODW-PLA

I declare:

On July 27, 2017, I electronically filed the following document(s):

**STIPULATION RE: HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Arthur I. Willner, State Bar No. 118480<br>Email: awillner@leaderberkon.com<br>David Salazar (State Bar No. 310949)<br>dsalazar@leaderberkon.com<br>LEADER & BERKON LLP<br>660 S. Figueroa Street, Suite 1150<br>Los Angeles, CA 90017<br>Tel: (213) 234-1750; Fax (213) 234-1747 | Attorneys For Plaintiff,<br>Kevin Shaw |

Marieke Tuthill Beck-Coon
Email: marieke@thefire.org
Brynne Sasha Madway
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

☒ **BY ELECTRONIC MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 27, 2017, at Irvine, California.

/s/ *Roxanne L. Koffman*
Roxanne L. Koffman

005205.00099
16547790.1

- 1 -
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS