Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
David Salazar (State Bar No. 310949)
dsalazar@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (admitted *pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (admitted *pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW,** | Case No. 2:17-cv-02386-ODW-PLA |
| Plaintiff, | Honorable Otis D. Wright, II |
| vs. | **STIPULATION TO CONTINUE DEADLINE TO IDENTIFY AND  SERVE FICTITIOUS DEFENDANTS** |
| **KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities*; **JUAN C. ASTORGA**, *in his individual and official capacities;* **FRANCISCO C. RODRIGUEZ**, *in his* | |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

Stipulation To Continue Deadline To Identify And Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

1  *official capacity*;
2  **SCOTT J. SVONKIN**, *in his official capacity*;
3  **SYDNEY K. KAMLAGER**, *in her official capacity;*
4  **MIKE FONG**, *in his official capacity*;
5  **MIKE ENG**, *in his official capacity*;
   **ANDRA HOFFMAN**, *in her official*
6  *capacity*; **ERNEST H. MORENO**, *in his official capacity*;
7  **NANCY PEARLMAN**, *in her official*
8  *capacity*; and **JOHN DOE**, *in his individual and official capacities*,
9

10              Defendants.
11

12      **TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR**
13  **COUNSEL OF RECORD**:
14      Plaintiff Kevin Shaw ("Plaintiff"), and Defendants Kathleen F. Burke, Earic
15  Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez,
16  Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman,
17  Ernest H. Moreno, and Nancy Pearlman ("Defendants"), present the following
18  stipulation concerning the identity of Defendant John Doe.
19              **STIPULATION**
20      1.    On March 28, 2017, Plaintiff filed his Complaint in this matter.
21      2.    Plaintiff named a fictitious defendant, "John Doe" in his Complaint.
22      3.    On April 3, 2017, Plaintiff served the Complaint on all named
23  Defendants.
24      4.    The Court's procedures require that fictitious defendants be identified
25  and served no later than 120 days after the case is filed. "Doe" defendants not
26  identified and served in that time will be dismissed pursuant to Federal Rule of

- 2 -
Stipulation To Continue Deadline To Identify And Serve Fictitious Defendants
Kevin A. Shaw vs. Kathleen F. Burke, et al.
Case No. 2:17-cv-02386-ODW-PLA

1    Civil Procedure 4(m).   Therefore, the current deadline to identify and serve

2    fictitious defendants is August 2, 2017.

3        5.     In the course of settlement discussions, the parties have made and

4    continue to make good faith efforts to ascertain the identity of Defendant John Doe.

5        6.     After considerable investigation, plaintiff's counsel believed they had

6    ascertained the identity of Defendant John Doe; however, on August 1, 2017,

7    defense counsel advised that this information was incorrect.

8        7.     The parties have agreed, subject to the Court's approval, that it is in

9    the interests of judicial economy to identify and serve Defendant John Doe as

10    expeditiously as possible.

11        8.     Therefore, the parties have also agreed, subject to the Court's

12    approval, that the deadline to identify and serve fictitious parties be extended by

13    sixty (60) days.

14        **IT IS SO STIPULATED.**

15    Dated: August 2, 2017        LEADER & BERKON LLP

16

17                          By: _____

                             Arthur I. Willner

18                          Attorneys for Plaintiff Kevin Shaw

                         Email: awillner@leaderberkon.com

19    Dated: August 2, 2017        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

20

21                          By: */s/ Sharon J. Ormond*

22                          Sharon J. Ormond

                         Email: SOrmond@aalrr.com

23                          Attorneys for Defendants Kathleen F. Burke,

                         Earic Dixon-Peters, William A. Marmolejo,

24                          Juan C. Astorga, Francisco C. Rodriguez,

                         Scott J. Svonkin, Sydney K. Kamlager, Mike

25                          Fong, Mike Eng, Andra Hoffman, Ernest H.

                         Moreno, and Nancy Pearlman

26

27

28

Stipulation To Continue Deadline To Identify And Serve Fictitious Defendants
Kevin A. Shaw vs. Kathleen F. Burke, et al.
Case No. 2:17-cv-02386-ODW-PLA

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

Case Name: *Kevin Shaw v. Kathleen F. Burke, et al.*
Case No.:   **2:17-cv-02386-ODW-PLA**

I declare:

On August 2, 2017, I electronically filed the following document(s):

**STIPULATION TO EXTEND DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS**

I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Warren S. Kinsler State Bar No. 103265<br>WKinsler@aalrr.com<br>Sharon J. Ormond State Bar No. 195812<br>SOrmond@aalrr.com<br>S. Brooke Romero  State Bar No. 312448<br>BRomero@aalrr.com<br>ATKINSON, ANDELSON, LOYA,<br>RUUD & ROMO<br>12800 Center Court Drive South,<br>Suite 300<br>Cerritos, California 90703-9364<br>Telephone:  (562) 653-3200<br>Fax: (562) 653-3333 | Attorneys for<br>Defendants Kathleen<br>F. Burke, Earic Dixon-<br>Peters, William A.<br>Marmolejo, Juan C.<br>Astorga, Francisco C.<br>Rodriguez, Scott J.<br>Svonkin, Sydney K.<br>Kamlager, Mike Fong,<br>Mike Eng, Andra<br>Hoffman, Ernest H.<br>Moreno, and Nancy<br>Pearlman |

☒    **BY ELECTRONIC MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 2, 2017, at Los Angeles, California.

*Sandra Alvarenga*
Sandra Alvarenga

- 4 -

LEADER & BERKON LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES