Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
David Salazar (State Bar No. 310949)
dsalazar@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (*Pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (*Pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW,** | Case No.  2:17-CV-02386-ODW-PLA |
| Plaintiff, | Honorable Otis D. Wright, II |
| vs. | |
| **KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities;* **JUAN C. ASTORGA**, *in his individual and official capacities;* | **[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS** |

[Proposed] Order On Stipulation To Extend Deadline To Identify And Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

1  **FRANCISCO C. RODRIGUEZ**, *in his*    )
   *official capacity*;                     )
2  **SCOTT J. SVONKIN**, *in his official*  )
3  *capacity*;                              )
   **SYDNEY K. KAMLAGER**, *in her*         )
4  *official capacity;*                     )
   **MIKE FONG**, *in his official capacity*; )
5  **MIKE ENG**, *in his official capacity*; )
6  **ANDRA HOFFMAN**, *in her official*     )
   *capacity*; **ERNEST H. MORENO**, *in*   )
7  *his official capacity*;                 )
8  **NANCY PEARLMAN**, *in her official*    )
   *capacity*; and **JOHN DOE**, *in his*   )
9  *individual and official capacities*,    )
10                                          )
                Defendants.                 )
11                                          )
12 ─────────────────────────────────────── )

13

14                    ~~XXXXX XXXXXXX~~ [PROPOSED] **ORDER**

15

16          **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

17          Good cause having been shown, the deadline to identify and name fictitious

18  defendants is extended by sixty (60) days.

19

20  Dated:

21      August 3, 2017

22

23                                    Honorable Otis D. Wright II
                                      United States District Court
24

25

26

27

28
                                      - 2 -
─────────────────────────────────────────────────────────────────
[Proposed] Order On Stipulation To Extend Deadline To Identify And Serve Fictitious Defendants
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No.  **2:17-cv-02386-ODW-PLA**

**CERTIFICATE OF SERVICE**

Case Name: *Kevin Shaw v. Kathleen F. Burke, et al.*
Case No.:   **2:17-cv-02386-ODW-PLA**

I declare:

On August 2, 2017, I electronically filed the following document(s):

**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS**

I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Warren S. Kinsler State Bar No. 103265<br>WKinsler@aalrr.com<br>Sharon J. Ormond State Bar No. 195812<br>SOrmond@aalrr.com<br>S. Brooke Romero  State Bar No. 312448<br>BRomero@aalrr.com<br>ATKINSON, ANDELSON, LOYA,<br>RUUD & ROMO<br>12800 Center Court Drive South,<br>Suite 300<br>Cerritos, California 90703-9364<br>Telephone: (562) 653-3200<br>Fax: (562) 653-3333 | Attorneys for<br>Defendants Kathleen<br>F. Burke, Earic Dixon-<br>Peters, William A.<br>Marmolejo, Juan C.<br>Astorga, Francisco C.<br>Rodriguez, Scott J.<br>Svonkin, Sydney K.<br>Kamlager, Mike Fong,<br>Mike Eng, Andra<br>Hoffman, Ernest H.<br>Moreno, and Nancy<br>Pearlman |

☒   **BY ELECTRONIC MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 2, 2017, at Los Angeles, California.

Sandra Alvarenga

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES