# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW**, | Case No. 2:17-CV-02386-ODW-PLA |
| Plaintiff, | Honorable Otis D. Wright, II |
| vs. | |
| **KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities*; **JUAN C. ASTORGA**, *in his individual and official capacities;* | **ORDER ON FURTHER STIPULATION TO EXTEND DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS** |
| **FRANCISCO C. RODRIGUEZ**, *in his official capacity*; **SCOTT J. SVONKIN,** *in his official capacity*; **SYDNEY K. KAMLAGER**, *in her official capacity;* **MIKE FONG**, *in his official capacity*; **MIKE ENG**, *in his official capacity*; **ANDRA HOFFMAN**, *in her official capacity*; **ERNEST H. MORENO**, *in his official capacity*; **NANCY PEARLMAN**, *in her official capacity*; and **JOHN DOE**, *in his individual and official capacities*, | |
| Defendants. | |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Order On Further Stipulation To Extend Deadline To Identify And Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

# ORDER

**PURSUANT TO FURTHER STIPULATION,**

**IT IS HEREBY ORDERED** that:

Good cause having been shown, the deadline to identify and name fictitious defendants is extended by ninety (90) days.

Dated: October 3, 2017

_____
Honorable Otis D. Wright II
United States District Court

[Proposed] Order On Further Stipulation To Extend Deadline To Identify And Serve Fictitious Defendants
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

# CERTIFICATE OF SERVICE

Case Name: *Kevin Shaw v. Kathleen F. Burke, et al.*
Case No.: **2:17-cv-02386-ODW-PLA**

I declare:

On October 2, 2017, I electronically filed the following document(s):

**[PROPOSED] ORDER ON FURTHER STIPULATION TO EXTEND DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS**

I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Warren S. Kinsler State Bar No. 103265<br>WKinsler@aalrr.com<br>Sharon J. Ormond State Bar No. 195812<br>SOrmond@aalrr.com<br>S. Brooke Romero  State Bar No. 312448<br>BRomero@aalrr.com<br>ATKINSON, ANDELSON, LOYA, RUUD & ROMO<br>12800 Center Court Drive South, Suite 300<br>Cerritos, California 90703-9364<br>Telephone:  (562) 653-3200<br>Fax:  (562) 653-3333 | Attorneys for Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman |

☒ **BY ELECTRONIC MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2017, at Los Angeles, California.

*S/ Sandra Alvarenga*
Sandra Alvarenga