Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (*Pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (*Pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW**, | ) Case No.  2:17-CV-02386-ODW-PLA |
| Plaintiff, | ) Honorable Otis D. Wright, II |
| vs. | ) |
| **KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities*; **JUAN C. ASTORGA**, *in his individual and official capacities;* **FRANCISCO C. RODRIGUEZ**, *in his official capacity*; **SCOTT J. SVONKIN,** *in his official* | ) **FURTHER STIPULATION TO CONTINUE DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS** |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Further Stipulation To Continue Deadline to Identify and Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

1   *capacity*;                                              )
    **SYDNEY K. KAMLAGER**, *in her*                        )
2   *official capacity;*                                     )
    **MIKE FONG**, *in his official capacity*;              )
3   **MIKE ENG**, *in his official capacity*;               )
    **ANDRA HOFFMAN**, *in her official*                    )
4   *capacity*; **ERNEST H. MORENO**, *in*                  )
    *his official capacity*;                                 )
5                                                            )
    **NANCY PEARLMAN**, *in her official*                   )
6   *capacity*; and **JOHN DOE**, *in his*                  )
    *individual and official capacities*,                   )
7                                                            )
8                                                            )
         Defendants.                                         )
9                                                            )
                                                             )
10  _____            )

11

12

13      **TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR**

14  **COUNSEL OF RECORD:**

15      Plaintiff Kevin Shaw ("Plaintiff"), and Defendants Kathleen F. Burke, Earic

16  Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez,

17  Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman,

18  Ernest H. Moreno, and Nancy Pearlman ("Defendants"), present the following

19  further stipulation concerning the identity of Defendant John Doe.

20                           **STIPULATION**

21  1.   On March 28, 2017, Plaintiff filed his Complaint in this matter.

22  2.   Plaintiff named a fictitious defendant, "John Doe" in his Complaint.

23  3.   On April 3, 2017, Plaintiff served the Complaint on all named

24       Defendants.

25  4.   The Court's procedures require that fictitious defendants be identified and

26       served no later than 120 days after the case is filed. "Doe" defendants not

27       identified and served in that time will be dismissed pursuant to Federal

28
- 2 -
Further Stipulation To Continue Deadline to Identify and Serve Fictitious Defendants
Kevin A. Shaw vs. Kathleen F. Burke, et al.
Case No. 2:17-cv-02386-ODW-PLA

Rule of Civil Procedure 4(m). Therefore, the original deadline to identify and serve fictitious defendants was August 2, 2017.

5.    On August 2, 2017, the parties advised the Court that they were in the course of settlement discussions, and were making good faith efforts to ascertain the identity of Defendant John Doe.

6.    After considerable investigation, plaintiff's counsel believed they had ascertained the identity of Defendant John Doe; however, on August 1, 2017, defense counsel advised that this information was incorrect.

7.    The parties agreed, subject to the Court's approval, that it was in the interests of judicial economy to identify and serve Defendant John Doe as expeditiously as possible.

8.    Therefore, the parties also agreed, subject to the Court's approval, that the deadline to identify and serve fictitious parties be extended by sixty (60) days.

9.    On August 3, 2017, the Court granted the parties' request and extended the deadline by sixty (60) days.

10.   The parties continued in their good faith efforts to identify Defendant John Doe, but determined that it may require some discovery to do so. Therefore, the parties agreed, subject again to the Court's approval, that the deadline to identify and serve fictitious parties be extended by an additional ninety (90) days.

11.   On October 3, 2017, the Court granted the parties' request and extended the deadline by ninety (90) days.

12.   The parties continue to agree that they require discovery to identify Defendant John Doe and, subject to the Court's approval, agree to extend the deadline to identify and serve fictitious parties until March 15, 2018.

- 3 -
Further Stipulation To Continue Deadline to Identify and Serve Fictitious Defendants
Kevin A. Shaw vs. Kathleen F. Burke, et al.
Case No. 2:17-cv-02386-ODW-PLA

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **IT IS SO STIPULATED.**

2

3    Dated: January 17, 2018          LEADER & BERKON LLP

4

5                                      By: */s/  Arthur I. Willner*_____
                                      Arthur I. Willner
6                                      Attorneys for Plaintiff Kevin Shaw
                                      Email: awillner@leaderberkon.com
7                                      LEADER & BERKON LLP

8                                      660 S. Figueroa Street, Suite 1150

                                      Los Angeles, CA 90017
9                                      Tel: (213) 234–1750; Fax (213) 234–1747

10   Dated:  January 17, 2018          ATKINSON, ANDELSON, LOYA, RUUD &
                                      ROMO
11

12                                     By: */s/ Sharon J. Ormond*
                                           Sharon J. Ormond
13                                         Email: SOrmond@aalrr.com
                                           Attorneys for Defendants Kathleen F. Burke,
14                                         Earic Dixon-Peters, William A. Marmolejo,
                                           Juan C. Astorga, Francisco C. Rodriguez,
15                                         Scott J. Svonkin, Sydney K. Kamlager, Mike
                                           Fong, Mike Eng, Andra Hoffman, Ernest H.
16                                         Moreno, and Nancy Pearlman

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
Further Stipulation To Continue Deadline to Identify and Serve Fictitious Defendants
Kevin A. Shaw vs. Kathleen F. Burke, et al.
Case No. 2:17-cv-02386-ODW-PLA

## CERTIFICATE OF SERVICE

Case Name: *Kevin Shaw v. Kathleen F. Burke, et al.*
Case No.:   **2:17-cv-02386-ODW-PLA**

I declare:

On January 24, 2018, I electronically filed the following document(s):

**FURTHER STIPULATION TO CONTINUE DEADLINE**

**TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS**

I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Warren S. Kinsler State Bar No. 103265<br>WKinsler@aalrr.com<br>Sharon J. Ormond State Bar No. 195812<br>SOrmond@aalrr.com<br>S. Brooke Romero State Bar No. 312448<br>BRomero@aalrr.com<br>ATKINSON, ANDELSON, LOYA,<br>  RUUD & ROMO<br>12800 Center Court Drive South, Suite 300<br>Cerritos, California 90703-9364<br>Telephone:  (562) 653-3200<br>Fax:  (562) 653-3333 | Attorneys for Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman |

☒ **BY ELECTRONIC MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2018, at Los Angeles, California.

*S/ Sandra Alvarenga*
Sandra Alvarenga