**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN A. SHAW**, <br><br>　　　　Plaintiff, <br><br>　　　　Vs. <br><br>**KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities;* **JUAN C. ASTORGA**, *in his individual and official capacities;* **FRANCISCO C. RODRIGUEZ**, *in his official capacity;* **SCOTT J. SVONKIN,** *in his official capacity;* **SYDNEY K. KAMLAGER**, *in her official capacity;* **MIKE FONG**, *in his official capacity;* **MIKE ENG**, *in his official capacity;* **ANDRA HOFFMAN**, *in her official capacity;* **ERNEST H. MORENO**, *in his official capacity;* **NANCY PEARLMAN**, *in her official capacity;* and **JOHN DOE**, *in his individual and official capacities*, <br><br>　　　　Defendants. | Case No. 2:17-cv-02386-ODW-PLA <br><br> Honorable Otis D. Wright, II <br><br> ~~[PROPOSED]~~ **ORDER ON FURTHER STIPULATION TO CONTINUE DEADLINE TO IDENTIFY AND SERVE FICTITIOUS DEFENDANTS** |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

~~[Proposed]~~ Order on Further Stipulation To Continue Deadline to Identify and Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

# [PROPOSED] ORDER

**PURSUANT TO FURTHER STIPULATION,**

**IT IS HEREBY ORDERED** that:

Good cause having been shown, the deadline to identify and name fictitious defendants is extended until March 15, 2018.

Dated: January 25, 2018

_____
Honorable Otis D. Wright II
United States District Court

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[Proposed] Order on Further Stipulation To Continue Deadline to Identify
and Serve Fictitious Defendants
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA