**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN A. SHAW**, <br><br>Plaintiff, <br><br>Vs. <br><br>**KATHLEEN F. BURKE**, *in her individual and official capacities;* **EARIC DIXON-PETERS**, *in his individual and official capacities;* **WILLIAM A. MARMOLEJO**, *in his individual and official capacities*; **JUAN C. ASTORGA**, *in his individual and official capacities;* **FRANCISCO C. RODRIGUEZ**, *in his official capacity*; **SCOTT J. SVONKIN,** *in his official capacity*; **SYDNEY K. KAMLAGER**, *in her official capacity;* **MIKE FONG**, *in his official capacity*; **MIKE ENG**, *in his official capacity*; **ANDRA HOFFMAN**, *in her official capacity*; **ERNEST H. MORENO**, *in his official capacity*; **NANCY PEARLMAN**, *in her official capacity*; and **JOHN DOE**, *in his individual and official capacities*, <br><br>Defendants. | Case No. 2:17-cv-02386-ODW-PLA <br><br> Honorable Otis D. Wright, II <br><br> **[PROPOSED] ORDER ON NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[Proposed] Order on Notice of Motion and Motion for Leave to File an Amended Complaint
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Motion, Motion for Leave to File an Amended Complaint, and Memorandum of Points and Authorities, and any responses or replies thereto:

**IT IS HEREBY ORDERED** that Plaintiff may file his proposed amended complaint, attached as Exhibit 1 to his Notice of Motion and Motion for Leave to File an Amended Complaint.

Dated:

_____
Honorable Otis D. Wright II
United States District Court

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[Proposed] Order on Notice of Motion and Motion for Leave to File an Amended Complaint
*Kevin A. Shaw vs. Kathleen F. Burke, et al.*
Case No. 2:17-cv-02386-ODW-PLA