Name and address:
Warren S. Kinsler, Esq.  (SBN 103265)
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 Center Court Drive South, Suite 300
Cerritos, CA 90703
Tel (562) 6543-3200 / Fax (562) 653-3333
Email: WKinsler@aalrr.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEVIN A. SHAW, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:17-cv-02386-ODW-PLA |
| KATHLEEN F. BURKE, et al. | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |
| DEFENDANT(S) | |

### INSTRUCTIONS

_Appearance of Counsel_:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance.  To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

_Withdrawal of Counsel_:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations:  (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:**  _In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court.  In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information._

### SECTION I - IDENTIFYING INFORMATION

_Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):_

Name: Warren S. Kinsler                                          CA Bar Number: 103265

Firm or agency:  Atkinson, Andelson, Loya, Ruud & Romo

Address:  12800 Center Court Drive South, Suite 300, Cerritos, CA 90703

Telephone Number:  (562) 653-3200                  Fax Number:  (562) 653-3333

Email:  WKinsler@aalrr.com

Counsel of record for the following party or parties:  Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco. C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Mike Eng, Andra Hoffman, Ernest H. Moreno, and Nancy Pearlman

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: April 11, 2018

Signature: _____

Name: Warren S. Kinsler

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

## CERTIFICATE OF SERVICE

Case Name: *Kevin Shaw v. Kathleen F. Burke, et al.*
Case No.:     2:17-cv-02386-ODW-PLA

On April 11, 2018 I filed the following document(s) described as **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** electronically through the CM/ECF system.   All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

The party(ies) listed below are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| Arthur I. Willner<br>    Email: awillner@leaderberkon.com<br>David Salazar<br>    Email: dsalazar@leaderberkon.com<br>LEADER & BERKON LLP<br>660 S. Figueroa Street, Suite 1150<br>Los Angeles, CA 90017<br>Tel:  (213) 234-1750<br>Fax: (213) 234-1747 | **Attorneys for Plaintiff Kevin A. Shaw** |
| Marieke Tuthill Beck-Coon<br>(*admitted pro hac vice*)<br>    Email: marieke@thefire.org<br>Brynne Sasha Madway<br>(*admitted pro hac vice*)<br>    Email: brynne.madway@thefire.org<br>THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION<br>510 Walnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Tel:  (215) 717-3473<br>Fax: (215) 717-3440 | **Attorneys for Plaintiff Kevin A. Shaw** |
| Jefferson B. Sessions III<br>John M. Gore<br>Tara Helfman<br>Steven Menashi<br>Thomas E. Chandler<br>Vikram Swaruup<br>    Email: vikram.swaruup@usdoj.gov<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Rights Division<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>Telephone: (202) 616-5633<br>Facsimile: (202) 514-8490 | **Interested Party** |

/ / /

/ / /

005205.00099
19843756.1

CERTIFICATE OF SERVICE

☑ **BY E-MAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

Executed on April 11, 2018, at Cerritos, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Jeannie Curtiss*
Jeannie Curtiss

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

005205.00099
19843756.1

- 2 -
CERTIFICATE OF SERVICE