Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (admitted *pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (admitted *pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. SHAW,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN F. BURKE, *in her individual and official capacities*;<br>EARIC DIXON-PETERS, *in his individual and official capacities*;<br>WILLIAM A. MARMOLEJO, *in his individual and official capacities*;<br>JUAN C. ASTORGA, *in his individual and official capacities*;<br>FRANCISCO C. RODRIGUEZ, *in his official capacity*;<br>SCOTT J. SVONKIN, *in his official* | Case No. 2:17-cv-02386-ODW-PLA<br><br>**DECLARATION OF ARTHUR I. WILLNER REGARDING ADDITIONAL EXHIBIT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Date:   May 7, 2018<br>Time:   1:30 p.m.<br>Dept.:  Courtroom 5D<br><br>Motion Filed: April 9 2018<br>Current Response Due April 16, 201 |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

Declaration of Arthur Willner Re Additional Exhibit In Support of Plaintiff's
Motion For Leave to File an Amended Complaint
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

capacity;
**SYDNEY K. KAMLAGER**, *in her official capacity*;
**MIKE FONG**, *in his official capacity*;
**MIKE ENG**, *in his official capacity*;
**ANDRA HOFFMAN**, *in her official capacity*; **ERNEST H. MORENO**, *in his official capacity*;
**NANCY PEARLMAN**, *in her official capacity*; and **JOHN DOE**, *in his individual and official capacities*,

Defendants.

I, Arthur I. Willner, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and the U.S. District Court for the Central District of California. I am attorney of record for plaintiff in this action. I am one of the attorneys primarily responsible for the prosecution of this matter. If called upon to testify, I could and would do so competently based on my personal knowledge as follows.

2. Attached hereto as Exhibit 12 is a true and complete copy of my email, dated July 26, 2017, to defense counsel Sharon Ormond regarding the identity of the DOE defendant.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 23, 2018 at Los Angeles, California.

Arthur I. Willner

- 2 -
Declaration of Arthur Willner Re Additional Exhibit In Support of Plaintiff's
Motion For Leave to File an Amended Complaint
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

Case 2:17-cv-02386-ODW-PLA Document 57-1 Filed 04/23/18 Page 3 of 4 Page ID #:543

4/19/2018  Foundation for Individual Rights in Education Mail - Shaw v. Burke - Got your message [AALRR-Cerritos.005205.00099]



**Marieke Tuthill Beck-Coon <marieke@thefire.org>**

## Shaw v. Burke - Got your message [AALRR-Cerritos.005205.00099]

**Arthur Willner** <awillner@leaderberkon.com>  Wed, Jul 26, 2017 at 1:57 PM
To: "Sharon J. Ormond" <SOrmond@aalrr.com>
Cc: "Warren S. Kinsler" <WKinsler@aalrr.com>, Brooke Romero <BRomero@aalrr.com>, "Marieke Tuthill Beck-Coon (marieke@thefire.org)" <marieke@thefire.org>, "brynne.madway@thefire.org" <brynne.madway@thefire.org>, "Roxanne L. Koffman" <RKoffman@aalrr.com>, Arthur Willner <awillner@leaderberkon.com>, David Salazar <dsalazar@leaderberkon.com>

Hi Sharon:

Attached are the Stip and Proposed Order with our red-lined revisions. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Please let me know whether these revisions work for you.

Also, please advise as to whether you can confirm the identity of the DOE defendant. As I explained, we believe that it was Earic Dixon-Peters.

Finally, we'd like to schedule a conference call to discuss where we stand at this point.

Thanks.

Arthur

**Arthur I. Willner, Esq.**

LEADER BERKON

660 S. Figueroa Street

Suite 1150
Los Angeles, CA 90017

P (213) 234 - 1750

F (213) 234 - 1747

**From:** Sharon J. Ormond [mailto:SOrmond@aalrr.com]
**Sent:** Monday, July 24, 2017 3:54 PM
**To:** Arthur Willner    **EXHIBIT 12 (Decl) In Support of Motn pg 3**
**Cc:** Warren S. Kinsler; Brooke Romero; Marieke Tuthill Beck-Coon (marieke@thefire.org); brynne.madway@thefire.org;

Roxanne L. Koffman
**Subject:** RE: Shaw v. Burke - Got your message [AALRR-Cerritos.005205.00099]

[Quoted text hidden]

### 2 attachments

- **Shaw - Stipulation Re_ Continuance of Hearing Date on Motion to Dismiss ....docx**
  129K

- **Shaw - Proposed Order on Continuance of Hearing date on Motion to Dismis....docx**
  125K

**EXHIBIT 12 (Decl) In Support of Motn pg 4**