AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                       *Signature of Clerk or Deputy Clerk*

**Addendum**

**EARIC DIXON-PETERS**, *in his individual and official capacities*;
**WILLIAM A. MARMOLEJO**, *in his individual and official capacities*;
**JUAN C. ASTORGA**, *in his individual and official capacities*;
**FRANCISCO C. RODRIGUEZ**, *in his official capacity*;
**SCOTT J. SVONKIN,** *in his official capacity*;
**SYDNEY K. KAMLAGER**, *in her official capacity*;
**MIKE FONG**, *in his official capacity*; **GABRIEL BUELNA**, *in his official capacity*;
**ANDRA HOFFMAN**, *in her official capacity*; **ERNEST H. MORENO**, *in his official capacity*;
**STEVEN F. VERES**, *in his official capacity*; and **CHARLES JOHNSON**, *in his individual and official capacities*,

        Defendants.