# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kevin A. Shaw, | Plaintiff(s) | CASE NUMBER: 2:17-cv-02386-ODW-PLA |
| v. | | |
| Kathleen F. Burke, et al., | Defendant(s) | NOTICE OF MEDIATION DATE |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for June 27, 2018   at 10:00   ☑ a.m. / ☐ p.m.

**LOCATION:** Room 4159, U.S. District Court, 350 W.1st Street, Los Angeles, CA 90012

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** May 21, 2018

**Panel Mediator:** Gail Killefer
**Address:** ADR Program, U.S. District Court
350 W. 1st Street
Los Angeles, CA 90012
**Phone:** (213) 894-2993