ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Irma Rodríguez Moisa    State Bar No. 162272
    IMoisa@aalrr.com
Sharon J. Ormond    State Bar No. 195812
    SOrmond@aalrr.com
S. Brooke Romero    State Bar No. 312448
    BRomero@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendants KATHLEEN F. BURKE, EARIC DIXON-PETERS, WILLIAM A. MARMOLEJO, JUAN C. ASTORGA, FRANCISCO C. RODRIGUEZ, SCOTT J. SVONKIN, SYDNEY K. KAMLAGER, MIKE FONG, GABRIEL BUELNA, ANDRA HOFFMAN, ERNEST H. MORENO, AND STEVEN F. VERES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. SHAW, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN F. BURKE, in her individual and official capacities; EARIC DIXON-PETERS, in his individual and official capacities; WILLIAM A. MARMOLEJO, in his individual and official capacities; JUAN C. ASTORGA, in his individual and official capacities; FRANCISCO C. RODRIGUEZ, in his official capacity; SCOTT J. SVONKIN, in his official capacity; SYDNEY K. KAMLAGER, in her official capacity; MIKE FONG, in his official capacity; GABRIEL BUELNA, in his official capacity; ANDRA HOFFMAN, in her official capacity; ERNEST H. MORENO, in his official capacity; STEVEN F. VERES, in her official capacity; and CHARLES JOHNSON, in his individual and official capacities, <br><br> Defendant. | Case No.    2:17-cv-02386-ODW-PLA <br><br> Hon. Otis D. Wright, II <br><br> **STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DATES** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Complaint Filed: March 28, 2017 <br> Trial Date:    December 10, 2018 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiff Kevin Shaw ("Plaintiff"), and Defendants Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, Sydney K. Kamlager, Mike Fong, Gabriel Buelna, Andra Hoffman, Ernest H. Moreno, Steven F. Veres, and Charles Johnson ("Defendants"), present the following stipulation concerning the trial date and related pre-trial dates.

## STIPULATION

### Status of Pleadings

1. On March 28, 2017, Plaintiff filed his Complaint in this matter.

2. On April 3, 2017, Plaintiff served the Complaint on all named Defendants, other than John Doe.

3. On May 24, 2017, pursuant to the stipulated deadline for filing a responsive pleading, Defendants (other than John Doe) filed their Motion to Dismiss.

4. On January 17, 2018, this Court issued its Order Denying, In Part, and Granting, In Part, Defendants' Motion to Dismiss.

5. On February 26, 2018, Plaintiff and Defendants (other than John Doe) served their Initial Disclosures.

6. On April 9, 2018, Plaintiff filed a Motion for Leave to File an Amended Complaint, seeking to name Charles Johnson in place of the Doe Defendant and to substitute the names of two officials with their successors in office.

7. On April 10, 2018, this Court issued its Scheduling and Case Management Order.

8. On May 1, 2018, this Court issued its Order Granting, In Part, Plaintiff's Motion for Leave to File an Amended Complaint.

9. On May 16, 2018, Plaintiff filed his First Amended Complaint, naming

Defendant Johnson in place of the Doe Defendant.

10. On May 30, 2018, Defendant Johnson filed his Answer to Plaintiff's First Amended Complaint, thus making his first appearance.

**Status of Discovery**

11. When the parties (other than Defendant Johnson) submitted their Scheduling Conference Joint Report pursuant to Federal Rule of Civil Procedure 26(f) on April 9, 2018, they anticipated having initial written discovery completed by the end of May 2018, depositions completed by the end of June, with final written discovery to be conducted in July. Although discovery has been in progress, this anticipated schedule was not achieved:

    a. Plaintiff has served written discovery on eleven Defendants, other than Defendant Johnson. Although written responses were served on June 12 and 13, 2018, numerous categories of documents had been propounded to each of these Defendants (cumulatively 137 requests), which has resulted in Defendants' counsel needing still to review an extensive volume of records for relevance, responsiveness, and privilege in order to determine the records that must be produced. While some records have been produced, further document productions are expected and may take up to two more weeks, through July 17, 2018, to complete.

    b. Plaintiff has served written discovery on Defendant Johnson; his responses are due on or about July 16, 2018.

    c. Plaintiff has responded to written discovery propounded by Defendants (other than Defendant Johnson).

    d. Plaintiff's counsel currently wishes to take the depositions of six Defendants (including Defendant Johnson) and to conduct a Rule 30(b)(6) deposition of the Los Angeles Community College District, which may require the designation of more than one witness.

    e. Defendants' counsels wish to depose the Plaintiff, and may need

1  to take additional depositions of up to three percipient witnesses who reside out of state.

### New Lead Trial Counsels for Defendants

12. Counsel representing Defendant Johnson, Ms. Kuwahara, who made her first appearance in this matter at the end of May 2018, is scheduled to be out of the country on business the weeks of August 20-24, October 15-19, December 3-7, and February 4-8, 2019. This schedule will significantly hinder her ability to engage in discovery before the August 24, 2018 discovery cutoff, including the review of all documents produced and still to be produced by the other Defendants and participation in all depositions, to engage in briefing on anticipated cross-motions for summary judgment, and to prepare for trial scheduled for December 10, 2018.

13. Additionally, Defendants (other than Defendant Johnson) were required in mid-June to identify a new lead trial counsel, as Warren Kinsler announced that he is reducing his practice, including the elimination of his trial practice, in order to move towards retirement. Irma Rodríguez Moisa of Atkinson, Andelson, Loya, Ruud & Romo will now serve as lead trial counsel. However, her pre-existing calendar commitments, most significantly a trial scheduled for August 20, 2018 with pre-trial preparation between the date of this Stipulation and the trial date, hinders her ability to represent Defendants' interests during discovery in July and August, which is critically important for determining Defendants' strategy and evidence for anticipated cross-motions for summary judgment and trial. Ms. Moisa also is traveling on business the week of December 3-7, 2018, has a 10-day trial scheduled for February 11, 2019, with another trial scheduled for February 25, 2019.

### Other Scheduling Considerations

14. Defendants' counsel, Sharon Ormond of Atkinson, Andelson, Loya, Ruud & Romo, will be in trial the week of August 6-10, 2018 with pre-trial preparation from mid-July to the date of trial.

15. Plaintiff's counsel, Arthur Willner, will be in trial the weeks of August 27, 2018, September 4, 2018, September 24, 2018, October 2, 2018, and November 19, 2018.

16. The parties participated in mediation on June 27, 2018. Proposals for resolution in the form of changes to policy language and development of a procedure were exchanged. Defendants need to present Plaintiff's proposals to the Board of Trustees of the Los Angeles Community College District, but do not anticipate the Board's availability to consider the matter until September 2018 in order to continue desired settlement discussions.

17. A continuance of the discovery cutoff, motion filing deadline, and trial date will facilitate the parties' ability to complete written discovery before taking depositions, thus making the depositions more efficient; to schedule and take depositions in September and if needed, into October; to continue settlement efforts while discovery is in progress, to brief cross-motions for summary judgment, and to prepare for trial, if needed, when all counsels are available.

18. Accordingly, the parties agree, subject to the Court's approval:

a. that the Percipient/Fact discovery cutoff be continued from August 24, 2018 to November 2, 2018;

b. that the motion hearing cutoff date be continued from October 22, 2018 to January 7, 2019;

c. that the Final Pre-Trial Conference be continued from November 19, 2018, at 1:30 p.m. to February 11, 2019, at 1:30 p.m. (with Counsel Ormond to be present in the event Counsel Moisa's trial starts on schedule); and

d. that the trial date be continued from December 10, 2018, at 9:00 a.m. to March 11, 2019, at 9:00 a.m.

19. This brief continuance is not sought for any improper purpose, is supported by the foregoing good cause, and will not result in prejudice to any party.

**IT IS SO STIPULATED.**

Dated: July 3, 2018　　　　　LEADER & BERKON LLP

By: */s/ Arthur I. Willner*
　　Arthur I. Willner
　　Attorneys for Plaintiff Kevin Shaw

Dated: July 3, 2018　　　　　ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Sharon J. Ormond*
　　Irma Rodríguez Moisa
　　Sharon J. Ormond
　　S. Brooke Romero
　　Attorneys for Defendants KATHLEEN F. BURKE, EARIC DIXON-PETERS, WILLIAM A. MARMOLEJO, JUAN C. ASTORGA, FRANCISCO C. RODRIGUEZ, SCOTT J. SVONKIN, SYDNEY K. KAMLAGER, MIKE FONG, GABRIEL BUELNA, ANDRA HOFFMAN, ERNEST H. MORENO, AND STEVEN F. VERES

Dated: July 3, 2018　　　　　CROWELL & MORING LLP

By: */s/ Emily Kuwahara*
　　Emily Kuwahara
　　Attorneys for Defendant CHARLES JOHNSON

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

005205.00099
20662647.1

- 6 -
STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DATES