# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. SHAW,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN F. BURKE, in her individual and official capacities; EARIC DIXON-PETERS, in his individual and official capacities; WILLIAM A. MARMOLEJO, in his individual and official capacities; JUAN C. ASTORGA, in his individual and official capacities; FRANCISCO C. RODRIGUEZ, in his official capacity; SCOTT J. SVONKIN, in his official capacity; SYDNEY K. KAMLAGER, in her official capacity; MIKE FONG, in his official capacity; GABRIEL BUELNA, in his official capacity; ANDRA HOFFMAN, in her official capacity; ERNEST H. MORENO, in his official capacity; STEVEN F. VERES, in her official capacity; and CHARLES JOHNSON, in his individual and official capacities,<br><br>Defendant. | Case No.   2:17-cv-02386-ODW-PLA<br><br>Hon. Otis D. Wright, II<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DATES**<br><br><br><br>Complaint Filed: March 28, 2017<br>Trial Date:       December 10, 2018 |

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

---

ORDER TO CONTINUE TRIAL DATE AND RELATED
PRE-TRIAL DATES

Good cause having been shown, the schedule of trial and pretrial dates shall be continued as follows:

1. The Percipient/Fact discovery cutoff shall be continued from August 24, 2018 to November 2, 2018;

2. The motion hearing cutoff date shall be continued from October 22, 2018 to January 7, 2019;

3. The Final Pre-Trial Conference be continued from November 19, 2018, at 1:30 p.m. to February 11, 2019 at 1:30 p.m. (with Counsel Ormond to be present in the event Counsel Moisa's trial starts on schedule); and

4. The trial date shall be continued from December 10, 2018 at 9:00 a.m. to March 12, 2019, at 9:00 a.m.

**IT IS SO STIPULATED.**

7/3/18, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**