## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin A. Shaw,<br><br>Plaintiff(s)<br><br>v.<br><br>Kathleen F. Burke, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-02386-ODW-PLA<br><br>---<br><br>**MEDIATION REPORT** |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date):  June 27, 2018                              .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.

        ☐ Defendant or defendant's representative failed to appear.

        ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?
    mid to late August                .

Dated: August 1, 2018                              

          /s/
          Signature of Mediator

          Gail Killefer
          Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*