UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| KEVIN A. SHAW, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:17-cv-02386-ODW-PLA |
| v. | |
| KATHLEEN F. BURKE, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Defendants Kathleen F. Burke, et al.,   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Emily Kuwahara of Crowell & Moring LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

515 South Flower Street, 40th Floor
*Street Address*

Los Angeles, CA 90071                                 ekuwahara@crowell.com
*City, State, Zip*                                           *E-Mail Address*

213-622-4750             213-622-2690             252411
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Irma Rodriguez Moisa (Bar No. 162272), Sharon J. Ormond (Bar No. 195812),
*List all attorneys from same firm or agency who are withdrawing.*
Paul Z. McGlocklin (Bar No. 265326), and Brooke Romero (Bar No. 312448)

**is hereby**     X- **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 7, 2018

U. S. District Judge / U.S. Magistrate Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY