1  CROWELL & MORING LLP
   Emily T. Kuwahara (CSB No. 252411)
2  Sigourney R. Haylock (CSB No. 318195)
   515 South Flower St., 40th Floor
3  Los Angeles, CA  90071
   Telephone: 213.443.5556
4  Facsimile:  213.622.2690
   Email:      ekuwahara@crowell.com
5
   John S. Gibson (CSB No. 140647)
6  3 Park Plaza, 20th Floor
   Irvine, CA 92614
7  Telephone: 949.798.1330
   Facsimile:  949.263.8414
8  Email:      jgibson@crowell.com

9  Laurel P. Malson (Admitted *pro hac vice*) (DC Bar No. 317776)
   1001 Pennsylvania Ave. N.W.
10 Washington, DC 20004
   Telephone: 202.624.8576
11 Facsimile:  202.628.5116
   Email:      lmalson@crowell.com
12
   *Attorneys for Defendants* LAWRENCE G. BUCKLEY
13 as interim successor to KATHLEEN F. BURKE,
   KATHLEEN F. BURKE, EARIC DIXON-PETERS,
14 WILLIAM A. MARMOLEJO, JUAN C. ASTORGA,
   FRANCISCO C. RODRIGUEZ, SCOTT J. SVONKIN,
15 DAVID VELA as successor to SYDNEY K. KAMLAGER,
   MIKE FONG, GABRIEL BUELNA, ANDRA HOFFMAN,
16 ERNEST H. MORENO, STEVEN F. VERES,
   and CHARLES JOHNSON

17

18             UNITED STATES DISTRICT COURT

19             CENTRAL DISTRICT OF CALIFORNIA

20

21 | KEVIN A. SHAW,                    | Case No. 2:17-CV-02386-ODW-PLA

22 |        Plaintiff,                 | **STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DATES**

23 |     v.                            |

24 | KATHLEEN F. BURKE, *et al.*,      |

25 |        Defendants.                |

26

27

28

Plaintiff Kevin Shaw ("Plaintiff") and Defendants Lawrence G. Buckley as interim successor to Kathleen F. Burke, Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, David Vela as successor to Sydney K. Kamlager, Mike Fong, Gabriel Buelna, Andra Hoffman, Ernest H. Moreno, Steven F. Veres, and Charles Johnson (collectively, "LACCD Defendants") stipulate as follows:

WHEREAS, the parties stipulated and the Court ordered a continuance of the trial and related dates on July 3, 2018, such that the discovery cut-off is currently set for November 2, 2018, and the trial date is March 12, 2019;

WHEREAS, Los Angeles Community College District ("LACCD") and Los Angeles Pierce College ("Pierce College") are considering making changes to their free speech policies and procedures;

WHEREAS, these changes would not take effect until December 12, 2018, due to the statutorily required notice periods and Board meeting schedules;

WHEREAS, such changes would likely prompt Plaintiff to move to reopen discovery and to seek the retaking of almost all of the depositions of LACCD and Pierce College administrators and employees, if all of the depositions are completed as currently scheduled prior to the discovery cut-off of November 2, 2018 and prior to the effectuation of any changes by LACCD and Pierce College;

WHEREAS, the parties participated in a second mediation on October 3, 2018, and continue to be engaged in active settlement negotiations. Any changes to LACCD and Pierce College policies and procedures pursuant to a settlement would similarly not take effect until at least December 12, 2018, due to the statutorily required notice periods and Board meeting schedules;

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and LACCD Defendants, through their counsel, should the Court allow this continuance, that:

1. The trial date be continued from March 12, 2019 to July 16, 2019;

2. The hearing on motions *in limine* be continued from February 25, 2019 to July 1, 2019;

3. The Final Pre-Trial Conference be continued from February 11, 2019 to June 17, 2019;

4. The motion hearing cutoff date be continued from January 7, 2019 to May 6, 2019;

5. The expert discovery cutoff be continued from September 10, 2018[1] to March 15, 2019;

6. The percipient fact discovery cutoff be continued from November 2, 2018 to March 1, 2019.

7. Accordingly, the schedule of trial and pretrial dates would be as follows:

  (a) Trial date: July 16, 2019
  (b) Deadline to File Final Trial Exhibit Stipulations: July 11, 2019
  (c) Hearing on Motions *in Limine:* July 1, 2019
  (d) Deadline to File Opposition to Motions *in Limine*: June 24, 2019
  (e) Final Pre-trial conference: June 17, 2019
  (f) Deadline to file Motions *in Limine*: June 17, 2019
  (g) Deadline to file the following: June 10, 2019
   - Proposed Pretrial Conference Order
   - Memo and Contentions of Fact and Law
   - Joint Witness List
   - Joint Exhibit List and Exhibit Stip
   - Proposed Verdict Forms
   - Proposed/Disputed Jury Instructions
   - Proposed Voir Dire Questions
   - Joint Statement of the Case

---

[1] The Parties and the Court did not specify the continuance of the expert cut-off date in the July 3, 2018 stipulation and order.

- Joint Status report re Settlement

(h) Deadline for hearing motions: May 6, 2019

(i) Expert Discovery cut off: March 15, 2019

(j) Percipient/Fact Discovery cut off- March 1, 2019

8. Discovery shall be stayed pending the settlement negotiations and through December 13, 2018.

9. This continuance is not sought for any improper purpose and will not result in prejudice to any party.

Dated: October 5, 2018        CROWELL & MORING LLP

/s/    Emily T. Kuwahara
Emily T. Kuwahara
John S. Gibson
Laurel P. Malson
Sigourney R. Haylock

Attorneys for Defendants

Dated: October 5, 2018        LEADER & BERKON LLP
/s/ Arthur I. Willner
Arthur I. Willner (State Bar No. 118480)
Emily K. Doty (State Bar No. 297222)
Attorneys for Plaintiff Kevin Shaw
Email: awillner@leaderberkon.com
Email: edoty@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150 Los Angeles, CA 90017
Tel: (213) 234–1750; Fax (213) 234–1747

Marieke Tuthill Beck-Coon  (admitted *pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (admitted *pro hac*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL
RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717–3473; Fax (215) 717–3440
Attorneys for Plaintiff Kevin Shaw

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                 */s/     Emily T. Kuwahara*
                                                     Emily T. Kuwahara