UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. SHAW,<br><br>             Plaintiff,<br><br>      v.<br><br>KATHLEEN F. BURKE, *et al.*,<br><br>             Defendants. | Case No. 2:17-CV-02386-ODW-PLA<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DATES** |

Pursuant to the stipulation of the Parties and their counsel, and good cause having been shown, the schedule of trial and pretrial dates shall be continued as follows:

1.  The **trial** date shall be continued from March 12, 2019 to **July 16, 2019 at 9:00 a.m**.;

2.  The hearing on **motions *in limine*** shall be continued from February 25, 2019 to **July 1, 2019 at 1:30 p.m**.;

3.  The **Final Pre-Trial Conference** shall be continued from February 11, 2019 to **June 17, 2019 at 1:30 p.m.;**

4.  The motion hearing cutoff date shall be continued from January 7, 2019 to May 6, 2019;

5. The expert discovery cutoff shall be continued from September 10, 2018 to March 15, 2019;

6. The percipient fact discovery cutoff shall be continued from November 2, 2018 to March 1, 2019.

7. Accordingly, the schedule of trial and pretrial dates shall be set as follows:

(a) Trial date: July 16, 2019

(b) Deadline to File Final Trial Exhibit Stipulations: July 11, 2019

(c) Hearing on Motions *in Limine:* July 1, 2019

(d) Deadline to File Opposition to Motions *in Limine*: June 24, 2019

(e) Final Pre-trial conference: June 17, 2019

(f) Deadline to file Motions *in Limine*: June 17, 2019

(g) Deadline to file the following: June 10, 2019

- Proposed Pretrial Conference Order
- Memo and Contentions of Fact and Law
- Joint Witness List
- Joint Exhibit List and Exhibit Stip
- Proposed Verdict Forms
- Proposed/Disputed Jury Instructions
- Proposed Voir Dire Questions
- Joint Statement of the Case
- Joint Status report re Settlement

(h) Deadline for hearing motions: May 6, 2019

(i) Expert Discovery cut off: March 15, 2019

(j) Percipient/Fact Discovery cut off- March 1, 2019

//
//
//

8. Discovery shall be stayed pending the settlement negotiations and through December 13, 2018.

**IT IS SO ORDERED.**

Dated: October 9, 2018

By _____
Hon. Otis D. Wright, II