# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. SHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN F. BURKE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-CV-02386-ODW-PLA<br><br>**ORDER TO EXTEND DISCOVERY STAY THROUGH JANUARY 30, 2019** |

Pursuant to the stipulation of the Parties and their counsel, and good cause having been shown, the Court orders as follows:

1.　The stay of discovery ordered by the Court on October 9, 2018 (Dkt. 91) is hereby extended; discovery shall continue to be stayed pending the January 9, 2019 Board of Trustees' meeting of the Los Angeles Community College District and through January 30, 2019;

2. The July 16, 2019 trial date and all other dates scheduled in the Court's October 9, 2018 Order (Dkt. 91) shall remain unchanged.

**IT IS SO ORDERED.**

Dated: December 14, 2018

By _____
Hon. Otis D. Wright II

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER TO EXTEND DISCOVERY STAY;
CASE NO. 2:17-CV-02386-ODW-PLA