Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
Emily K. Doty, State Bar No. 297222
Email: edoty@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (admitted *pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (admitted *pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW**,<br><br>Plaintiff,<br><br>vs.<br><br>**KATHLEEN F. BURKE**, *in her individual and official capacities*;<br>**EARIC DIXON-PETERS**, *in his individual and official capacities*;<br>**WILLIAM A. MARMOLEJO**, *in his individual and official capacities*;<br>**JUAN C. ASTORGA**, *in his individual and official capacities*;<br>**FRANCISCO C. RODRIGUEZ**, *in his official capacity*;<br>**SCOTT J. SVONKIN,** *in his official* | Case No. 2:17-cv-02386-ODW-PLA<br><br>Hon. Otis D. Wright, II<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT BURKE WITH PREJUDICE**<br><br>Discovery Cutoff Date: March 1, 2019<br>Pre-Trial Conference: June 17, 2019<br>Trial Date: July 16, 2019 |

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

Joint Stipulation To Dismiss Defendant Burke With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

|   |   |
|---|---|
| *capacity*; | ) |
| **SYDNEY K. KAMLAGER**, *in her official capacity*; | ) ) |
| **MIKE FONG**, *in his official capacity*; | ) |
| **GABRIEL BUELNA**, *in his official capacity*; | ) ) |
| **ANDRA HOFFMAN**, *in her official capacity*; **ERNEST H. MORENO**, *in his official capacity*; | ) ) ) |
| **STEVEN F. VERES**, *in his official capacity*; and **CHARLES JOHNSON**, *in his individual and official capacities*, | ) ) ) |
|   | ) |
| Defendants. | ) |

## STIPULATION

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought by Plaintiff Kevin Shaw against Defendant Kathleen F. Burke only are dismissed with prejudice.

Dated: January 28, 2019      LEADER & BERKON LLP

By: */s/  Arthur I. Willner*
Arthur I. Willner
Email: awillner@leaderberkon.com
Emily K. Doty
Email: edoty@leaderberkon.com
 -and-
Marieke Tuthill Beck-Coon
Email: marieke@thefire.org
Brynne Sasha Madway
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
*Admitted pro hac vice*
Attorneys for Plaintiff Kevin Shaw

/ / /

- 2 -
Joint Stipulation To Dismiss Defendant Burke With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No.  **2:17-cv-02386-ODW-PLA**

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| 1 | Dated: January 28, 2019 | CROWELL & MORING |
| 2 | | |
| 3 | | By: /s/ John S. Gibson |
| | | John S. Gibson |
| | | JGibson@crowell.com |
| 4 | | Emily T. Kuwahara |
| | | ekuwahara@crowell.com |
| 5 | | Laurel P. Malson |
| | | lmalson@crowell.com |
| 6 | | Sigourney Haylock |
| | | SHaylock@crowell.com |
| 7 | | Attorneys for Defendants |

Pursuant to Local Rule 5-4.3-4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　/s/   Arthur I. Willner
　　　　　　　　　　　　　　　　Arthur I. Willner

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -
Joint Stipulation To Dismiss Defendant Burke With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No.  **2:17-cv-02386-ODW-PLA**

# CERTIFICATE OF SERVICE

RE: CASE NO. 2:17-cv-02386-ODW-PLA
<u>Kevin Shaw v. Kathleen F. Burke, etc. et al.</u>

I hereby certify that on January 28, 2019, a copy of the following document was filed with the court via electronic filing:

**JOINT STIPULATION TO DISMISS DEFENDANT BURKE WITH PREJUDICE**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| John S. Gibson<br>Emily T. Kuwahara<br>Laurel P. Malson<br>Sigourney Halyock<br>Crowell & Moring<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071-2201 | *Attorneys for Defendants* |

Dated:   January 28, 2019

           s/   *Arthur I. Willner*
           Arthur Willner

LEADER & BERKON LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -
Joint Stipulation To Dismiss Defendant Burke With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No.  **2:17-cv-02386-ODW-PLA**