Arthur I. Willner, State Bar No. 118480
Email: awillner@leaderberkon.com
Emily K. Doty, State Bar No. 297222
Email: edoty@leaderberkon.com
LEADER & BERKON LLP
660 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Tel: (213) 234-1750; Fax (213) 234-1747

Marieke Tuthill Beck-Coon (admitted *pro hac vice*)
Email: marieke@thefire.org
Brynne Sasha Madway (admitted *pro hac vice*)
Email: brynne.madway@thefire.org
THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473; Fax (215) 717-3440

Attorneys for Plaintiff Kevin A. Shaw

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN A. SHAW**, | Case No. 2:17-cv-02386-ODW-PLA |
| Plaintiff, | Hon. Otis D. Wright, II |
| vs. | |
| **KATHLEEN F. BURKE**, *in her individual and official capacities*; **EARIC DIXON-PETERS**, *in his individual and official capacities*; **WILLIAM A. MARMOLEJO**, *in his individual and official capacities*; **JUAN C. ASTORGA**, *in his individual and official capacities*; **FRANCISCO C. RODRIGUEZ**, *in his official capacity*; **SCOTT J. SVONKIN,** *in his official* | **JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Discovery Cutoff Date: March 1, 2019<br>Pre-Trial Conference: June 17, 2019<br>Trial Date: July 16, 2019 |

LEADER BERKON COLAO
& SILVERSTEIN LLP
ATTORNEYS AT LAW
LOS ANGELES

Joint Stipulation To Dismiss With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

*capacity*;                                                     )
**SYDNEY K. KAMLAGER**, *in her*                                )
*official capacity*;                                            )
**MIKE FONG**, *in his official capacity*;                      )
**GABRIEL BUELNA**, *in his official*                           )
*capacity*;                                                     )
**ANDRA HOFFMAN**, *in her official*                            )
*capacity*; **ERNEST H. MORENO**, *in*                          )
*his official capacity*;                                        )
**STEVEN F. VERES**, *in his official*                          )
*capacity*; and **CHARLES JOHNSON**,                            )
*in his individual and official capacities*,                    )
                                                                )
              Defendants.                    )

## STIPULATION

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all claims brought by Plaintiff Kevin Shaw against Defendants Lawrence G. Buckley as interim successor to Kathleen F. Burke, Earic Dixon-Peters, William A. Marmolejo, Juan C. Astorga, Francisco C. Rodriguez, Scott J. Svonkin, David Vela as successor to Sydney K. Kamlager, Mike Fong, Gabriel Buelna, Andra Hoffman, Ernest H. Moreno, Steven F. Veres, Charles Johnson, and all other former and current Defendants are dismissed with prejudice, and further, that the parties shall bear their own costs, including attorney's fees.

/ / /

/ / /

LEADER BERKON COLAO &
SILVERSTEIN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

Joint Stipulation To Dismiss With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

| | | |
|---|---|---|
| 1 | Dated: February 22, 2019 | LEADER & BERKON LLP |
| 2 | | |
| 3 | | By: */s/ Arthur I. Willner* |
| | | Arthur I. Willner |
| 4 | | Email: awillner@leaderberkon.com |
| | | Emily K. Doty |
| 5 | | Email: edoty@leaderberkon.com |
| | | -and- |
| 6 | | Marieke Tuthill Beck-Coon |
| | | Email: marieke@thefire.org |
| 7 | | Brynne Sasha Madway |
| 8 | | Email: brynne.madway@thefire.org |
| | | THE FOUNDATION FOR INDIVIDUAL |
| 9 | | RIGHTS IN EDUCATION |
| | | *Admitted pro hac vice* |
| 10 | | Attorneys for Plaintiff Kevin Shaw |
| 11 | | |
| 12 | Dated: February 22, 2019 | CROWELL & MORING |
| 13 | | |
| 14 | | By: */s/ John S. Gibson* |
| | | John S. Gibson |
| 15 | | JGibson@crowell.com |
| | | Emily T. Kuwahara |
| 16 | | ekuwahara@crowell.com |
| | | Laurel P. Malson |
| 17 | | lmalson@crowell.com |
| | | Sigourney Haylock |
| 18 | | SHaylock@crowell.com |
| | | Attorneys for Defendants |

Pursuant to Local Rule 5-4.3-4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

>  */s/   Arthur I. Willner*
>  Arthur I. Willner

LEADER BERKON COLAO & SILVERSTEIN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

Joint Stipulation To Dismiss With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No. **2:17-cv-02386-ODW-PLA**

# CERTIFICATE OF SERVICE

RE: CASE NO. 2:17-cv-02386-ODW-PLA
<u>Kevin Shaw  v. Kathleen F. Burke, etc. et al.</u>

I hereby certify that on February 22, 2019, a copy of the following document was filed with the court via electronic filing:

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| John S. Gibson<br>Emily T. Kuwahara<br>Laurel P. Malson<br>Sigourney Halyock<br>Crowell & Moring<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071-2201 | *Attorneys for Defendants* |

Dated:   February 22, 2019

s/   *Arthur I. Willner*
Arthur Willner
LEADER BERKON COLAO &
SILVERSTEIN LLP
ATTORNEYS AT LAW
LOS ANGELES
- 4 -

Joint Stipulation To Dismiss With Prejudice
*Kevin Shaw vs. Kathleen F. Burke, et al.*
Case No.  **2:17-cv-02386-ODW-PLA**